1 DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2 david@yeremianlaw.com
   Hugo Gamez (SBN 276765)
3 hugo@yeremianlaw.com
   Garen Nadir (SBN 285394)
4 garen@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
5 Glendale, California 91203
   Telephone: (818) 230-8380
6 Facsimile: (818) 230-0308

7 Attorneys for Plaintiff, TODD SEIDLER

8
**McGuireWoods LLP**
9 Sabrina A. Beldner, Esq. (SBN 221918)
       Email: sbeldner@mcguirewoods.com
10 Christopher A. Killens, Esq. (SBN 254466)
       Email: ckillens@mcguirewoods.com
11 1800 Century Park East, 8th Floor
   Los Angeles, California 90067
12 Telephone:  (310) 315-8200
   Facsimile:   (310) 315-8210
13
   Attorneys for Defendant,
14 BCI COCA-COLA BOTTLING COMPANY
   OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SEIDLER, an individual, | Case No.: **2:13-cv-06766-RGK-SH**<br>Judge:   Hon. R. Gary Klausner |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE<br>STIPULATED PROTECTIVE<br>ORDER |
| BCI COCA-COLA BOTTLING CO. OF LOS ANGELES, a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:  May 13, 2013<br>FAC Filed:        August 14, 2013<br>Trial Date:       July 22, 2014 |

53784698.2

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

## ORDER

The Court, having reviewed and considered the Stipulation For Protective Order between Plaintiff Todd Seidler and Defendant BCI Coca-Cola Bottling Company of Los Angeles (the "Stipulated Protective Order"), and good cause appearing for the same, hereby ORDERS as follows:

The Stipulated Protective Order shall be and hereby is approved and incorporated herein by this reference as though set forth in full as an Order of the Court.

IT IS SO ORDERED.

DATED: 1-23, 2014

Hon. Stephen J. Hillman
United States Magistrate Judge

53784698.2