JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SEIDLER, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BCI COCA-COLA BOTTLING CO OF LOS ANGELES, PATRICK HUGHES, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:13−cv−06766−RGK−SH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE** |

# [PROPOSED] ORDER

WHEREAS, Todd Seidler ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI") (collectively, the "Parties") have submitted a Joint Stipulation of Dismissal of Plaintiff's First Amended Complaint; and

WHEREAS, the Parties have resolved the claims alleged by Plaintiff in his First Amended Complaint in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint in the above-referenced action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear its own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: 03/27/14

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE